

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00158-CR

Clarence Edward **LIPPERT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 7076
Honorable Albert D. Pattillo, III, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED December 13, 2023.

Liza A. Rodriguez, Justice